**Elmer P. SCHECKEL; Joseph E. Scheckel; Mark T. Scheckel, Appellants,**

v.

**UNITED STATES of America; Internal Revenue Service, Appellees.**

No. 06–1132.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 3, 2006.

Decided: Aug. 8, 2006.

Elmer P. Scheckel, Oelwein, IA, pro se.

Joseph E. Scheckel, Hazelton, IA, pro se.

Mark T. Scheckel, Hazelton, IA, pro se.

Robert J. Branman, Joan Stentiford Ulmer, U.S. Department of Justice, Tax Division, Washington, DC, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Elmer, Joseph, and Mark Scheckel appeal the district court's[1] dismissal of their civil rights lawsuit for failure to state a claim. Having conducted de novo review, *see Atkinson v. Bohn*, 91 F.3d 1127, 1128–29 (8th Cir.1996) (per curiam), we affirm for the reasons explained by the district court, *see* 8th Cir. R. 47B. We also deny appellants' pending motion.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.